**07 CV 3502**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HOME DEPOT, U.S.A., INC.,

                Plaintiff,                 **RULE 7.1 DISCLOSURE**

    -against-

CHUBB GROUP OF INSURANCE COMPANIES,

                Defendant.
------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Rules of Civil Procedure, Plaintiff, HOME DEPOT U.S.A., INC., Mohegan Lake, New York 10547 by its attorneys, Herzfeld & Rubin, P.C., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock:

                The Home Depot, Inc.
                Home Depot International, Inc.


Dated:      New York, New York
             May 1, 2007            HERZFELD & RUBIN, P.C.
                                   Attorneys for Defendant/Third-Party Plaintiff
                                   Home Depot, U.S.A., Inc.

                        By: _____
                                   Jeffrey L. Chase
                                   40 Wall Street
                                   New York, New York 10005
                                   (212) 471-8500