# United States District Court

**SOUTHERN** **DISTRICT OF** **NEW YORK**

Home Depot USA, Inc.,

AMENDED

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 07 CV 3502

Chubb Group of Insurance Companies
and Federal Insurance Company

TO: (Name and address of defendant)

Chubb Group of Insurance Companies
15 Mountain View Road
Warren, New Jersey 07059

Federal Insurance Company
c/o NYS Department of Insurance
25 Beaver Street
New York, New York 10004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Herzfeld & Rubin, P.C.
40 Wall Street
New York, New York 10005
   Attn: Jeffrey L. Chase, Esq.

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MAY 0 7 2007

**J. MICHAEL McMAHON**
CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant.  Place where served: _____

_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐   Returned unexecuted: _____

_____
_____
_____

☐   Other *(specify):* _____

_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                                              Signature of Server

                                                         _____
                                                         Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

HOME DEPOT, U.S.A., INC.,                                    Case No. 07 CV 3502

                Plaintiff,

-against-

CHUBB GROUP OF INSURANCE COMPANIES
and FEDERAL INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------x

### AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

        NELSON DIAZ, being duly sworn, deposes and says:

        I am not a party to the action, am over 18 years of age, and reside in Old Bridge, New Jersey; that on May 7, 2007 at 2:00 p.m. I personally served a true copy of the within:

        Amended Summons and Amended Complaint

upon Federal Insurance Company, c/o Miss Charlene Norris, a receptionist for New York State Insurance Department at 25 Beaver Street, New York, New York. Ms. Norris is a Black female, weighing approximately 160 lbs, 5'4" tall, 37 years of age with dark hair and glasses.

                                                      _____
                                                      Nelson Diaz   -75842 6

Sworn to before me this
7th day of May, 2007.

_____
Notary Public
    MARION CICERO
Notary Public, State of New York
    No. 01CI4790506
  Qualified in Bronx County
Commission Expires July 31, 2009

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

...........................................................................................................

Home Depot USA, Inc.                                                           07 CV 3502
      against    Plaintiff(s)

Federal Insurance Company

              Defendant(s)

...........................................................................................................

RE : Federal Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons and Complaint in the above entitled action on May 7, 2007 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

 Herzfeld & Rubin, P.C.
 40 Wall Street
 New York, New York 10005

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

 CT Corporation
 Federal Insurance Company
 111 Eighth Avenue
 13th Floor
 New York, New York 10011

*Salvatore Castiglione*

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, May 09, 2007
412671  C.A.#185002