# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

July 18, 2007

***VIA FACSIMILE***

Hon. Stephen D. Robinson
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

Re:   *Home Depot v. Chubb Group of Insurance Companies and Federal Ins. Co.*
      Case No.: 07 CV 3502
      **Our File No.: 06607.00015**

This firm represents the interest of the defendants, Chubb and Federal Insurance in the above referenced declaratory judgment action. Following this correspondence is a stipulation to extend the defendant's time to respond to the plaintiff's complaint. We hereby submit this stipulation for Your Honor's approval. Should you require any additional information, please contact the undersigned.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Thomas M. DeMicco

CC:

Via Fascimilie

Natalie Lefkowitz, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

1614141.1

212 344 3333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x   07 CV3502

HOME DEPOT, U.S.A., INC.,

           Plaintiff,   :   STIPULATION
                                      EXTENDING
  - against -   :   DEFENDANTS' TIME
                                      TO RESPOND TO
CHUBB GROUP OF INSURANCE COMPANIES and   :   COMPLAINT
FEDERAL INSURANCE COMPANY,

           Defendants.   :

------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the time for defendants CHUBB GROUP OF INSURANCE COMPANIES and FEDERAL INSURANCE COMPANY, to respond to the Amended Complaint, dated May 7, 2007 in this action is extended up to and including the 15th day of August, 2007.

    IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals.

Dated:   White Plains, New York
           July 16, 2007

_____
Natalie Lefkowitz, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005
Counsel for HOME DEPOT
Tel: 212-471-8500

_____
Thomas M. DeMicco, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for CHUBB/FEDERAL
3 Gannett Drive
White Plains New York 10604
Tel: 914-323-7000
Fax: 914-323-7001

SO-ORDERED:

_____
Hon. Stephen C. Robinson

1611607.1

RECEIVED TIME  JUL. 17.  11:09AM