212 344 3333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x 07 CV3502 (SCR)

HOME DEPOT, U.S.A., INC.,    :

                     Plaintiff,    :      STIPULATION
                                            EXTENDING
    - against -                        :      DEFENDANTS' TIME
                                            TO RESPOND TO
CHUBB GROUP OF INSURANCE COMPANIES and    :      COMPLAINT
FEDERAL INSURANCE COMPANY,

                     Defendants.    :

                                                 :
------------------------------------------------------------ x

     IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that the time for defendants CHUBB GROUP OF INSURANCE COMPANIES and FEDERAL INSURANCE COMPANY, to respond to the Amended Complaint, dated May 7, 2007 in this action is extended up to and including the 15th day of August, 2007.

     IT IS FURTHER STIPULATED AND AGREED that the fax signatures appearing below will be deemed to be originals.

Dated:    White Plains, New York
           July 16, 2007

Natalie Lefkowitz, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005
Counsel for HOME DEPOT
Tel: 212-471-8500

Thomas M. DeMicco, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorneys for CHUBB/FEDERAL
3 Gannett Drive
White Plains New York 10604
Tel: 914-323-7000
Fax: 914-323-7001

SO ORDERED:

Hon. Stephen C. Robinson      7/20/07

1611607.1