08/27/2007  18:43    212-344-3333    HERZFELD & RUBIN    PAGE 02/02

212 344 3333

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x  07 CV3502

HOME DEPOT, U.S.A., INC.,                    :

                        Plaintiff,           :        STIPULATION
                                                      EXTENDING PARTIES'
            - against -                      :        TIME TO SUBMIT
                                                      PROPOSED
CHUBB GROUP OF INSURANCE COMPANIES and       :        SCHEDULING ORDER
FEDERAL INSURANCE COMPANY,

                                             :

                        Defendants.

                                             :

-------------------------------------------------------- x

        IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for
the respective parties herein, that the time the parties have to submit a proposed
scheduling order in this action is extended up to and including the 1st day of October,
2007.

        IT IS FURTHER STIPULATED AND AGREED that the fax signatures
appearing below will be deemed to be originals.

Dated:    White Plains, New York
          August 27, 2007

Natalie Lefkowitz, Esq. (NML 5733)          Thomas M. DeMicco, Esq. (TD 5037)
Herzfeld & Rubin, PC                        WILSON, ELSER, MOSKOWITZ,
40 Wall Street                              EDELMAN & DICKER LLP
New York, NY 10005                          Attorneys for CHUBB/FEDERAL
Counsel for HOME DEPOT                      3 Gannett Drive
Tel: 212-471-8500                           White Plains New York 10604
                                            Tel: 914-323-7000
                                            Fax: 914-323-7001

SO-ORDERED: Robinson

Hon. Stephen C. Robinson    4/4/07

1677089.1

4  'd ECE8E3S 'ONMO    AUG. 27.    6:43PM WILSON MOSKOWITZ EDELMAN & DICKER    FILED    9:24PM    3:24PM    AUG. 28. 2007