# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017-5639
Tel: (212) 490-3000   Fax: (212) 490-3038

Albany ■ Baltimore ■ Boston ■ Chicago ■ Dallas ■ Garden City ■ Houston ■ Las Vegas ■ London ■ Los Angeles ■ McLean
Miami ■ Newark ■ New York ■ Philadelphia ■ San Diego ■ San Francisco ■ Stamford ■ Washington, DC ■ White Plains
Affiliates: Berlin ■ Cologne ■ Frankfurt ■ Munich ■ Paris

www.wilsonelser.com

November 30, 2007

*[Handwritten note: Conference will be held on Jan. 4, 2008 before me. Charles L. Brieant, USDJ. If a Stipulation of Discontinuance filed prior to that ... 12/4/07]*

*[Handwritten case numbers: 06-5612(CLB), 07-92(CLB), 07-3502(CLB)]*

**VIA FAX**

Hon. Charles Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

Honorable George A. Yanthis
United States District Court
Southern District of New York
Fax No.: 914-390-4095

Re:   Harleysville Ins. Co. of New York a/s/o Coachlight Square on the Hudson
      Condominium Association v. The Home Depot, USA, Inc. & Maytag Corporation
      Civil Action No. 7:06 cv 5612
      Our File No.: 06607.00015

Dear Judge Brieant and Judge Yanthis:

The above-referenced civil action which was filed by Harleysville Ins. and Encompass Insurance against Maytag Corp., et al., has been settled. We are in the process of exchanging the settlement documents and arranging for payment. Please note that this action was scheduled for a status conference to occur on December 6th @ 9:00 am. A Stipulation of Discontinuance will be filed with the court shortly.

Naturally, if the court requires additional information regarding this case, please contact the undersigned.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Thomas M. DeMicco

1822589.1