# HERZFELD & RUBIN, P.C.
### ATTORNEYS AT LAW
### 40 WALL STREET
### NEW YORK, NY 10005-2349

TELEPHONE: (212) 471-8500
FAX: (212) 344-3333
WWW.HERZFELD-RUBIN.COM

Natalie M. Lefkowitz
Direct Line: (212) 471-8544
NLefkowitz@herzfeld-rubin.com

January 4, 2008

**Via Facsimile**
Chambers, Honorable Charles L. Brieant
U.S. District Court, Southern District of New York
300 Quarropas Street
White Plains, NY 10601
    **Attn:** Alice

      Re:   *Home Depot U.S.A., Inc. v. Chubb Group of Insurance Companies and Federal Insurance Company*
           Case No. 07-CV-3502
           <u>Our File No. 32129.0291</u>

Dear Alice:

    My office represents plaintiff Home Depot U.S.A., Inc. in a declaratory judgment action entitled *Home Depot U.S.A., Inc. v. Chubb Group of Insurance Companies and Federal Insurance Co.* (07 CV 3502.) The action arises out of consolidated property damage actions entitled *Harleysville Insurance Co. of N.Y. a/s/o Coachlight Square on the Hudson v. The Home Depot* (06 CV 5612) and *Encompass Insurance Co. a/s/o Paul and Audrey Grillo v. Maytag Corporation* (07 CV 92.) A conference was scheduled today before Judge Brieant for all of these cases. I "checked in" with you before the calendar call, and advised that the consolidated property damage actions were settled and the stipulation of dismissal was submitted via Electronic Case Filing. You asked me to fax a copy of the stipulation to chambers. Accordingly, a copy is enclosed. I also advised you that the *Home Depot v. Chubb* action is being settled, but the parties need time to submit a stipulation of dismissal. You adjourned the conference to January 14, 2008, and confirmed that an appearance before Judge Brieant was not necessary today. I understand that the *Home Depot v. Chubb* case was then called before Judge Brieant and counsel for the defendants was heard. I understand that counsel confirmed that the case is settled, and Judge Brieant adjourned the conference to January 18, 2008. Accordingly, the parties to *Home Depot v. Chubb* will appear on **January 18, 2008** unless the stipulation of

HERZFELD & RUBIN, P.C.

dismissal is filed before then. Thank you for your ongoing attention to this matter.

Respectfully submitted,

*Natalie Lefkowitz*

Natalie M. Lefkowitz

cc:  **Via Facsimile**
Thomas M. DeMicco, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Counsel for Defendants Chubb and Federal
3 Gannett Drive
White Plains, New York 10604-3407