# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017-5639
Tel: (212) 490-3000   Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

January 16, 2008

**VIA FAX**

Hon. Charles Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Room 633
White Plains, New York 10601-4150

    Re:    Home Depot USA, Inc. v. Chubb & Federal Ins. Co.
             Civil Action No. 07CV3502
             Our File No.: 06607.00015

Dear Judge Brieant:

    Our firm represents the defendants in the above referenced declaratory judgment action. A settlement has been reached among the parties. Following this correspondence is an executed Stipulation of Dismissal to be So Ordered by Your Honor.

    Naturally, if Your Honor requires additional information regarding this case, please contact the undersigned.

                              Respectfully submitted,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                  Thomas M. DeMicco

cc:
Natalie Lefkowitz, Esq.
Herzfeld & Rubin, PC
40 Wall Street
New York, NY 10005

1862119.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x   07 CV 3502
HOME DEPOT, U.S.A., INC.,                                        :

        Plaintiff,                                        :

   - against -                                                 :
                                                      STIPULATION OF DISMISSAL
CHUBB GROUP OF INSURANCE COMPANIES and         :
FEDERAL INSURANCE COMPANY,
                                                    :

        Defendants.
---------------------------------------------------------------- x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action that have appeared, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action is hereby dismissed with prejudice against the defendants, without costs to either party as against the other. This stipulation may be filed in counterparts and may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
       January 11, 2008

_____          _____
Natalie Lefkowitz, Esq.                        Thomas M. DeMicco (TD 5037)
Herzfeld & Rubin, PC                           WILSON, ELSER, MOSKOWITZ,
40 Wall Street                                 EDELMAN & DICKER LLP
New York, NY 10005                             Attorneys for DEFENDANTS
Counsel for Defendant Home Depot               3 Gannett Drive
                                                     White Plains, New York 10604

SO ORDERED:


_____
HON. CHARLES BRIEANT
U.S. DISTRICT JUDGE

1858382.1