Brieant, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x 07 CV 3502 (CLB)
HOME DEPOT, U.S.A., INC.,

        Plaintiff,

  - against -

CHUBB GROUP OF INSURANCE COMPANIES and        STIPULATION OF DISMISSAL
FEDERAL INSURANCE COMPANY,                            & order

        Defendants.
---------------------------------------------------------------- x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action that have appeared, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action is hereby dismissed with prejudice against the defendants, without costs to either party as against the other. This stipulation may be filed in counterparts and may be filed without further notice with the Clerk of the Court.

Dated: White Plains, New York
       January 11, 2008

_____         _____
Natalie Lefkowitz, Esq.                              Thomas M. DeMicco (TD 5037)
Herzfeld & Rubin, PC                               WILSON, ELSER, MOSKOWITZ,
40 Wall Street                                            EDELMAN & DICKER LLP
New York, NY 10005                              Attorneys for DEFENDANTS
Counsel for Defendant Home Depot           3 Gannett Drive
                                                       White Plains, New York 10604

SO ORDERED:

_____
HON. CHARLES BRIEANT
U.S. DISTRICT JUDGE

dated: January 17, 2008

1858382.1